1 TYLER M. PAETKAU, Bar No. 146305
JORJA E. JACKSON, Bar No. 226707
2 LITTLER MENDELSON
A Professional Corporation
3 650 California Street, 20th Floor
San Francisco, CA 94108.2693
4 Telephone: 415.433.1940

5 Attorneys for Defendant
E&J LIQUORS & DELI
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 MARCY VELASQUEZ,                          Case No. CV 0705857

11          Plaintiff,                       STIPULATION TO EXTEND TIME TO
                                             ANSWER OR OTHERWISE RESPOND TO
12     v.                                    PLAINTIFF'S COMPLAINT

13 NAYEF Y. ABOUSOUD, individual and
dba E&J LIQUORS & DELI, and DOES
14 ONE to FIFTY, inclusive,

15          Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. CV 0705857 )

1   Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J

2   LIQUORS (hereinafter "Defendant") by and through their respective counsel, stipulate that the time

3   for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to January 31,

4   2008.

5   IT IS SO STIPULATED.

6   Dated: . 01-11-08

7                                   JASON K. SINGLETON
                                    SINGLETON LAW GROUP
8                                   Attorneys for Plaintiff
                                    MARCY VELASQUEZ
9   Dated:

10                                  TYLER M. PAETKAU
                                    JORJA E. JACKSON
11                                  LITTLER MENDELSON
                                    A Professional Corporation
12                                  Attorneys for Defendant
                                    E&J LIQUORS
13
    Firmwide:83996705.1 800000.3500
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
160 California Street
20th Floor
San Francisco, CA 94108 3563
415.433.1940

(NO. CV 0705857 )

1         Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J

2    LIQUORS (hereinafter "Defendant") by and through their respective counsel, stipulate that the time

3    for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to January 31,

4    2008.

5         IT IS SO STIPULATED.

6    Dated: .

7                              JASON K. SINGLETON
                                                    SINGLETON LAW GROUP
8                              Attorneys for Plaintiff
                                                    MARCY VELASQUEZ
9    Dated: 1—11-08

10                             TYLER M. PAETKAU
                                                    JORJA E. JACKSON
11                             LITTLER MENDELSON
                                                    A Professional Corporation
12                             Attorneys for Defendant
                                                    E&J LIQUORS
13

Firmwide:83996705.1 800000.3500

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

(NO. CV 0705857 )