1  TYLER M. PAETKAU, Bar No. 146305
   JORIA E. JACKSON, Bar No. 226707
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendant
   E&J LIQUORS & DELI

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 MARCY VELASQUEZ,              | Case No. CV 0705857
11        Plaintiff,             | **STIPULATION TO EXTEND TIME TO**
                                  | **ANSWER OR OTHERWISE RESPOND TO**
12   v.                           | **PLAINTIFF'S COMPLAINT**
13 NAYEF Y. ABOUSOUD, individual and
   dba E&J LIQUORS & DELI, and DOES
14 ONE to FIFTY, inclusive,
15        Defendants.

(NO. CV 0705857 )

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

01/11/2008 14:32 17074411533  SINGLETON LAW GROUP  PAGE 02

Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J LIQUORS (hereinafter "Defendant") by and through their respective counsel, stipulate that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to January 31, 2008.

IT IS SO STIPULATED.

Dated: 01-11-08

JASON K. SINGLETON
SINGLETON LAW GROUP
Attorneys for Plaintiff
MARCY VELASQUEZ

Dated:

TYLER M. PAETKAU
JORJA E. JACKSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
E&J LIQUORS

Firmwide:83996705.1 800000.3500

Dated: January 15, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(NO. CV 0705857)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J LIQUORS (hereinafter "Defendant") by and through their respective counsel, stipulate that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to January 31, 2008.

IT IS SO STIPULATED.

Dated: .

JASON K. SINGLETON
SINGLETON LAW GROUP
Attorneys for Plaintiff
MARCY VELASQUEZ

Dated: 1-11-08

TYLER M. PAETKAU
JORJA E. JACKSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
E&J LIQUORS

Firmwide:83996705.1 800000.3500

(NO. CV 0705857 )

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940