1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
5  (707) 441-1177
   FAX 441-1533
6
7  Attorney for Plaintiff, MARCY VELASQUEZ

8                       **UNITED STATES DISTRICT COURT**
9                       **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCY VELASQUEZ, | Case No. C-07-5857 JCS |
| Plaintiff, | NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS |
| v. | |
| E & J LIQUORS, et al., | |
| Defendants. | |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

  JASON K. SINGLETON          jason@singletonlawgroup.com
  RICHARD E. GRABOWSKI        rgrabowski@mckinleyville.net

                                     **SINGLETON LAW GROUP**

Dated:    February 15, 2008          /s/ Jason K. Singleton
                                     Jason K. Singleton,
                                     Richard E. Grabowski, Attorneys for
                                     Plaintiff, **MARCY VELASQUEZ**