TYLER M. PAETKAU, Bar No. 146305
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
E&J LIQUORS & DELI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>NAYEF Y. ABOUSOUD, individual and dba E&J LIQUORS & DELI, and DOES ONE to FIFTY, inclusive,<br><br>            Defendants. | Case No. CV 0705857<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO COMPLETE JOINT SITE INSPECTION** |

1    Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, Plaintiff MARCY
2 VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J LIQUORS (hereinafter "Defendant") by
3 and through their respective counsel stipulate to extend the time to complete the Joint Site Inspection
4 from February 27, 2008 to March 28, 2008.  The parties further agree to this Stipulation because the
5 parties will not be able complete the Joint Site Inspection prior to the February 27, 2008 deadline.
6 See Declaration of Jorja E. Jackson in support of Stipulation for Extension of Time to Complete
7 Joint Site Inspection.
8    The parties acknowledge that there has been a previous extension of time for
9 Defendant to file a responsive pleading in this case.  The parties acknowledge that the instant
10 extension will not otherwise have an effect on the schedule of this case.
11    IT IS SO STIPULATED.
12 Dated: .

14                                     JASON K. SINGLETON
                                       SINGLETON LAW GROUP
15                                     Attorneys for Plaintiff
                                       MARCY VELASQUEZ

18 Dated: February 27, 2008            _____/s/ Jorja E. Jackson_____
                                       TYLER M. PAETKAU
19                                     JORJA E. JACKSON
                                       LITTLER MENDELSON
20                                     A Professional Corporation
                                       Attorneys for Defendant
21                                     E&J LIQUORS

22    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23 Dated: _____, 2008

26                                     THE HONORABLE JOSEPH C. SPERO
                                       UNITED STATES MAGISTRATE JUDGE

27 Firmwide:84386073.1 058849.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DATE TO COMPLETE JOINT       2.       CASE No. CV 0705857
SITE INSPECTION

1  Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J LIQUORS (hereinafter "Defendant") by and through their respective counsel stipulate to extend the time to complete the Joint Site Inspection from February 27, 2008 to March 28, 2008. The parties further agree to this Stipulation because the parties will not be able complete the Joint Site Inspection prior to the February 27, 2008 deadline. See Declaration of Jorja E. Jackson in support of Stipulation for Extension of Time to Complete Joint Site Inspection.

The parties acknowledge that there has been a previous extension of time for Defendant to file a responsive pleading in this case. The parties acknowledge that the instant extension will not otherwise have an effect on the schedule of this case.

IT IS SO STIPULATED.

Dated: .

/s/ Jason K. Singleton
JASON K. SINGLETON
SINGLETON LAW GROUP
Attorneys for Plaintiff
MARCY VELASQUEZ

Dated:

/s/ Jorja E. Jackson
TYLER M. PAETKAU
JORJA E. JACKSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
E&J LIQUORS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Firmwide:84386073.1 058849.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO COMPLETE JOINT SITE INSPECTION   2.   CASE No. CV 0705857