TYLER M. PAETKAU, Bar No. 146305
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
E&J LIQUORS & DELI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>                Plaintiff,<br><br>   v.<br><br>NAYEF Y. ABOUSOUD, individual and dba E&J LIQUORS & DELI, and DOES ONE to FIFTY, inclusive,<br><br>                Defendants. | Case No. CV 0705857<br><br>**DECLARATION OF JORJA E. JACKSON IN SUPPORT OF STIPULATION TO EXTEND DATE TO COMPLETE JOINT SITE INSPECTION** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. CV 0705857 )

I, Jorja E. Jackson, declare as follows:

1. I am an associate with the law firm of Littler Mendelson, PC, which represents Defendant E & J Liquors in this action. I have personal knowledge of the facts stated in this declaration by virtue of my representation of NAYEF Y. ABOUSOUD dba E&J LIQUORS & DELI in this action. I could and would competently testify to such matters if called as a witness. This declaration is based on my personal knowledge. If called as a witness, I could and would testify to the following.

2. The parties have been unable to schedule a date to complete the Joint Site Inspection prior to the present deadline of February 27, 2008 due to the schedules of Defendant's counsel who must be present for the Joint Site Inspection and Defendant. The parties will be able to complete the inspection on or before March 28, 2008.

3. The parties propose that the deadline for completing the Joint Site Inspection be extended until March 28, 2007.

4. There has been one previous time modification in this case in which the parties agreed to extend the time for Defendant to file a responsive pleading.

5. The parties do not believe that the instant proposed time modification will have any other effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 27th day of February 2008, in San Francisco, California.

_____
JORJA E. JACKSON

Firmwide:84386832.1 058849.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO. CV 0705857 )