TYLER M. PAETKAU, Bar No. 146305
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
E&J LIQUORS & DELI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAYEF Y. ABOUSOUD, individual and dba E&J LIQUORS & DELI, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants. | Case No. CV 0705857<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO COMPLETE JOINT SITE INSPECTION** |

1    Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, Plaintiff MARCY
2  VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J LIQUORS (hereinafter "Defendant") by
3  and through their respective counsel stipulate to extend the time to complete the Joint Site Inspection
4  from February 27, 2008 to March 28, 2008. The parties further agree to this Stipulation because the
5  parties will not be able complete the Joint Site Inspection prior to the February 27, 2008 deadline.
6  See Declaration of Jorja E. Jackson in support of Stipulation for Extension of Time to Complete
7  Joint Site Inspection.
8    The parties acknowledge that there has been a previous extension of time for
9  Defendant to file a responsive pleading in this case. The parties acknowledge that the instant
10 extension will not otherwise have an effect on the schedule of this case.
11   IT IS SO STIPULATED.
12 Dated: .

JASON K. SINGLETON
SINGLETON LAW GROUP
Attorneys for Plaintiff
MARCY VELASQUEZ

Dated: February 27, 2008

____/s/ Jorja E. Jackson____
TYLER M. PAETKAU
JORJA E. JACKSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
E&J LIQUORS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ _____, 2008

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Firmwide:84386073.1 058849.1001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DATE TO COMPLETE JOINT
SITE INSPECTION                    2.                    CASE No. CV 0705857

Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant, E&J LIQUORS (hereinafter "Defendant") by and through their respective counsel stipulate to extend the time to complete the Joint Site Inspection from February 27, 2008 to March 28, 2008. The parties further agree to this Stipulation because the parties will not be able complete the Joint Site Inspection prior to the February 27, 2008 deadline. See Declaration of Jorja E. Jackson in support of Stipulation for Extension of Time to Complete Joint Site Inspection.

The parties acknowledge that there has been a previous extension of time for Defendant to file a responsive pleading in this case. The parties acknowledge that the instant extension will not otherwise have an effect on the schedule of this case.

IT IS SO STIPULATED.

Dated: .

*(signature)*
JASON K. SINGLETON
SINGLETON LAW GROUP
Attorneys for Plaintiff
MARCY VELASQUEZ

Dated:

_____/s/ Jorja E. Jackson_____
TYLER M. PAETKAU
JORJA E. JACKSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
E&J LIQUORS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____2/28_____, 2008

*(seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature: Judge Joseph C. Spero)*

THE HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Firmwide:84386073.1 058849.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DATE TO COMPLETE JOINT
SITE INSPECTION

2.

CASE No. CV 0705857