**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NAYEF Y. ABOUSOUD, individually and dba E&J LIQUOR & DELI, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-5857 JCS<br><br>NOTICE OF NEED FOR MEDIATION |

Comes now Plaintiff, who hereby submits this "Notice of Need for Mediation" in compliance with the within Court's Scheduling Order filed in the above captioned matter on November 19, 2007. A joint site inspection of the subject premises was held on March 27, 2008. Despite conversations between counsel, no settlement has been reached and the parties are at an impasse.

                                      **SINGLETON LAW GROUP**

Dated:    April 21, 2008                 /s/ Jason K. Singleton
                                      Jason K. Singleton,
                                      Richard E. Grabowski, Attorneys for
                                      Plaintiff, **MARCY VELASQUEZ**