```
                                          FILED
                                          JUN 0 2 2008
                                          RICHARD W. WIEKING
                                          CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```

**E-filing**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Velasquez, | No. C 07-05857 JCS MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Abousoud, | |
| Defendant(s). | |

<u>Instructions</u>: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __June 2, 2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __June 2, 2008__          _____
                                 Mediator, Howard A. Herman
                                 ADR Program Director
                                 450 Golden Gate Avenue, 16h Floor
                                 San Francisco, CA 94102

**Certification of ADR Session**
07-05857 JCS MED