**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ, | Case No. C-07-5857 JCS |
| Plaintiff, | STIPULATION FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| NAYEF Y. ABOUSOUD, individually and dba E&J LIQUOR & DELI, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

The parties hereto have held a joint site inspection, met and conferred, and attended Mediation as set forth in General Order No. 56. To date the parties have been unable to reach a successful resolution and hereby stipulate that the matter be set for a Case Management Conference, a scheduling order be issued, and discovery commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:    June 18, 2008 | Dated:    June 17, 2008 |
| **SINGLETON LAW GROUP** | **LITTLER MENDELSON** |
| /s/ Jason K. Singleton | /s/ Jorga E. Jackson |
| Jason K. Singleton, | Tyler M. Paetkau |
| Richard E. Grabowski, Attorneys for Plaintiff, **MARCY VELASQUEZ** | Jorga E. Jackson, Attorneys for Defendants **NAYEF Y. ABOUSOUD, dba E&J LIQUORS** |

STIPULATION FOR CASE MANAGEMENT CONF.        1        C-07-5857 JCS