**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>   Plaintiff,<br>v.<br><br>NAYEF Y. ABOUSOUD, individually and dba E&J LIQUOR & DELI, and DOES ONE to FIFTY, inclusive,<br><br>   Defendants. | Case No. C-07-5857 JCS<br><br>MOTION FOR CASE MANAGEMENT CONFERENCE and ORDER |

Pursuant to General Order No. 56 the parties have performed the following:

1. The parties met and held a joint site inspection of the premises which are the subject of this matter on March 27, 2008;

2. The parties met and conferred regarding the results of said site inspection;

3. The parties attended Mediation on June 2, 2008, and were unable to come to any resolution;

Therefore, pursuant to L.R. 7-11 Plaintiff hereby requests the within matter be set for a Case Management Conference. The parties stipulation for a Case Management Conference is submitted herewith.

///

///

///

Motion and Proposed Order for Case Management Conf.     1     C-07-5857 JCS

**SINGLETON LAW GROUP**

Dated:   June 18, 2008          /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARCY VELASQUEZ**

**ORDER**

The parties having been unable to reach resolution of the within matter pursuant to General Order No. 56 and having stipulated to a Case Management Conference,

**IT IS ORDERED:**

Case Management Conference be set for _July 18, 2008 at 1:30 PM_____;

a joint report shall be filed no later than _July 11, 2008_____.

Dated:  June 20, 2008                  _____
                                        JOSEPH C. SPERO
                                        UNITED STATES MAGISTRATE JUDGE