**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>    Plaintiff,<br>v.<br><br>NAYEF Y. ABOUSOUD, individually and dba E&J LIQUOR & DELI, et al.,<br><br>    Defendants. | Case No. C-07-5857 JCS<br><br>REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE, Proposed ORDER<br><br>DATE:  July 18, 2008<br>TIME:   1:30 P.M. |

Pursuant to Northern District of California Local Rule 16-10, Plaintiff requests that she be permitted to participate by telephone in the Case Management Conference currently set for 1:30 P.M. on June 18, 2008.

Plaintiff and her counsel of record are located in Humboldt County, California.  Plaintiff seeks by this request to avoid the unnecessary burden and expense of sending its counsel to San Francisco, California, to participate in the proceeding in person.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.  Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for the Court to call on July 18, 2008, at 1:30 p.m. or such other time as designated by the Court.

**SINGLETON LAW GROUP**

Dated:       July 10, 2008                  /s/ Jason K. Singleton
                                            Jason K. Singleton, Attorneys for
                                            Plaintiff, **MARCY VELASQUEZ**

Request for Telephone Appearance/proposed order        1                    C-07-5857 JCS

**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton, appearance by telephone on July 18, 2008, at the Case Management Conference is granted. Mr. Singleton will be available at (707) 441-1177 to receive a call from the Court at 1:30 p.m. until such time as the hearings are conducted.

Dated: _____      _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE