# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-05857 JCS**

**CASE NAME:  MARCY VELASQUEZ v. NAYEF Y ABOUSOUD**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 18, 2008          **TIME: 11 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Jason Singleton (T)* | **COUNSEL FOR DEFENDANT:**<br>Tyler Paetkau |

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Case Management Conference | Held |

---

**ORDERED AFTER HEARING:**

Case referred to Magistrate Judge Edward M. Chen for a settlement conference to occur within 90 days.

Any party may appear by phone at the next case management conference and shall electronically file a letter one week prior to the hearing date with a contact phone number. The Court will initiate the phone contact.

---

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   10/17/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( )Jury    ( )Court | **Set for   days** | |

cc:      **Chambers; Karen**, Wings, Betty
* (T) = Telephonic Appearance