UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ, | Case No. C07-05857 JCS |
|         Plaintiff(s), | |
|   v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| NAYEF Y ABOUSOUD, | |
|         Defendant(s). | |

Following a case management conference held on **July 18, 2008,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to Magistrate Judge Edward M. Chen for a settlement conference to occur within the next ninety (90) days. Counsel will be contacted by Judge Chen's chambers with a date and time for the conference as is convenient to the judge's calendar.

2. A further case management conference is set for **October 17, 2008, at 1:30 p.m.** Any party may appear telephonically at the case management conference and shall electronically file a letter one (1) week prior to the hearing date with a contact phone number. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: July 21, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge