**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,         Plaintiff, v. NAYEF Y. ABOUSOUD, individually and dba E&J LIQUOR & DELI, and DOES ONE to FIFTY, inclusive,         Defendants. | Case No. C-07-5857 JCS NOTICE OF SETTLEMENT |

Please take notice the parties in the above captioned matter have reached a settlement. Counsel for the parties are now circulating a settlement agreement to be approved and executed by the parties hereto. Counsel anticipate being able to submit a Request for Dismissal of the within action to the Court for order within thirty (30) days and request the Settlement Conference scheduled for September 16, 2008, before Magistrate Judge Chen and the Case Management Conference scheduled for October 17, 2008, be taken off the Court's calendar.

                                                                    **SINGLETON LAW GROUP**

Dated:        September 9, 2008          /s/ Jason K. Singleton                               
                                                                    Jason K. Singleton,
                                                                    Richard E. Grabowski, Attorneys for
                                                                    Plaintiff, **MARCY VELASQUEZ**